IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                              No. 4:17-cr-114-DPM-1

JEREMIAH HOLLIS, SR.
Reg. No. 31309-009                                               DEFENDANT

ORDER

**1.** Hollis moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic and the risk it presents to his health.  *Doc. 137.*  Hollis is a black man in his forties who has a history of respiratory illness.  He is therefore at high risk if he contracts COVID-19.  The United States opposes the motion.

**2.** The first and dispositive issue is exhaustion.  18 U.S.C. § 3582(c)(1)(A).  The Warden of FCI Seagoville denied Hollis's compassionate release request.  *Doc. 140 at 4.*  And although Hollis has begun an appeal to the Regional Director, *Doc. 140 at 5*, there's no indication that he's completed the full administrative appeals process. 28 C.F.R. §§ 571.63(a)–(d) & 542.15.

This Court has concluded that when a warden timely denies a compassionate release request, the inmate must fully exhaust his administrative remedies before filing a motion in the district court. *United States v. Cox*, Doc. 197 in E.D. Ark. No. 4:98-cr-73-DPM

(8 September 2020). Further, this exhaustion requirement is jurisdictional and can't be waived. *Ibid*. Hollis's motion, *Doc. 137*, is therefore denied without prejudice for lack of jurisdiction.

**3.** The Court directs the Clerk to send Hollis a copy of the Court's *Cox* opinion with this Order.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2020