IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                               PLAINTIFF

v.                       No. 4:17-cr-114-DPM-1

JEREMIAH HOLLIS, SR.
Reg. No. 31309-009                                     DEFENDANT

ORDER

Hollis renews his motion for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic and the risk it presents to his health. *Doc. 160.* The Warden of FCI Seagoville denied Hollis's compassionate release request; and Hollis has exhausted his administrative rights to appeal. He therefore can seek relief from this Court. 18 U.S.C. § 3582(c)(1)(A).

Hollis is a black man in his forties who has a history of respiratory illness. He had COVID-19 earlier this year and is worried about the possibility of reinfection. Hollis has served a bit more than two years of his five-year sentence. With a reduction for completing the RDAP program and credit for good behavior, he will complete his sentence in January 2022; and he expects to be released to a halfway house in April 2021.

The Court commends Hollis for redeeming his time while in prison and for all the good progress he's made. But the Court is

concerned that releasing Hollis to home detention rather than waiting a few months for his halfway-house placement might derail that progress. Further, reducing his sentence by another three and a half months would not promote respect for the law, provide just punishment, reflect the seriousness of his offense, or adequately deter him and others. All material things considered, the statute's remedy — reducing Hollis's sentence to time served — is not appropriate in this case. 18 U.S.C. §§ 3582(c)(1)(A)(i) & 3553(a). His motion, *Doc. 160*, is therefore denied.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 December 2020